1  DANIEL KAYLOR (State Bar No. 99831)
   HARRISON & KAYLOR
2  16400 Lark Ave., Ste. 250
   Los Gatos, CA 95032
3  Telephone: 408-358-7700
   Facsimile:  408-358-7701
4  Email:

5  JEFFREY G. KNOWLES (State Bar No. 129754)
   KATHLEEN F. McCONNELL (State Bar No. 239479)
6  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
7  San Francisco, California 94111-4213
   Telephone: 415.391.4800
8  Facsimile:  415.989.1663
   Email:   ef-jgk@cpdb.com
9  Email:   ef-kfm@cpdb.com

10 CHARLES C. MAIER (admitted pro hac vice)
   GRAY PLANT MOOTY
11 500 IDS Center
   80 South Eighth Street
12 Minneapolis, MN 55402
   Telephone: 612-632-3242
13 Facsimile:  612-632-4242
   Email: Charles.Maier@gpm.com
14
   Attorneys for Defendant
15 WENGER CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDUR SYSTEMS CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WENGER CORPORATION, a Minnesota corporation, and DOES 1-20,<br><br>Defendants. | Case No. 11-CV-4396 SI<br><br>**STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [P~~ROPOSED~~] ORDER** |

This Stipulation is entered into by and between Baldur Systems Corporation ("Baldur"), on the one hand, and Wenger Corporation ("Wenger"), on the other hand. Baldur and Wenger may be referred to herein severally as a "Party" or jointly as the "Parties."

This Stipulation is made with reference to the following recitals:

WHEREAS, on July 26, 2011, the complaint in this action was filed in the Superior Court of the State of California, County of Alameda; and

WHEREAS, on September 2, 2011 Wenger removed this action to federal court;

WHEREAS on September 9, 2011, Wenger filed its answer to the complaint; and

WHEREAS, Baldur and Wenger have entered into a settlement agreement, pursuant to which this action is to be dismissed with prejudice; and

WHEREAS, Rule 41(a) of the Federal Rules of Civil Procedure requires a stipulation of dismissal in order that Baldur may dismiss this action; and

WHEREAS, the Parties have agreed that each shall bear its own attorneys' fees and costs; and

WHEREAS, the Parties agree that Baldur shall file this Stipulation with the Court for an order thereon;

NOW THEREFORE, subject to the Court's approval, Baldur and Wenger, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The foregoing recitals are hereby incorporated by this reference.
2. This action shall be dismissed with prejudice in its entirety, each party to bear its own attorneys' fees and costs.
3. Baldur shall file this Stipulation with the Court for an order thereon.

DATED: January 5, 2012                Respectfully submitted,

HARRISON & KAYLOR

By: _____
DANIEL KAYLOR
Attorneys for Plaintiff
BALDUR CORPORATION


GRAY PLANT MOOTY

By: _____
CHARLES C. MAIER
Attorneys for Defendant
WENGER CORPORATION


## ATTESTATION OF CONCURRENCE

I, Daniel Kaylor, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Charles C. Maier, the above signatory.

DATED: January 5, 2012                Respectfully submitted,

HARRISON & KAYLOR

By: _____
DANIEL KAYLOR
Attorneys for Plaintiff
BALDUR CORPORATION

[PROPOSED] ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that this action is hereby DISMISSED WITH PREJUDICE in its entirety, each party to bear its own attorneys' fees and costs.

DATED: 1/10/12

*[Signature: Susan Illston]*

Hon. Susan Illston
United States District Judge